# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LTD., TAKEDA PHARMACEUTICALS U.S.A., INC., TAKEDA PHARMACEUTICALS AMERICA, INC., and TAKEDA IRELAND LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>TORRENT PHARMACEUTICALS LTD. and TORRENT PHARMA INC.,<br><br>Defendants. | Civil Action No. 17-3186 (SRC)(CLW)<br><br>(CONSOLIDATED)<br><br>(Filed Electronically) |
| TAKEDA PHARMACEUTICAL COMPANY LTD., TAKEDA PHARMACEUTICALS U.S.A., INC., TAKEDA PHARMACEUTICALS AMERICA, INC., and TAKEDA IRELAND LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>INDOCO REMEDIES LTD.,<br><br>Defendant. | Civil Action No. 17-7301 (SRC)(CLW)<br><br>(Filed Electronically) |

**TAKEDA'S NOTICE OF MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT AND VALIDITY**

**PLEASE TAKE NOTICE** that on October 7, 2019, attorneys for Takeda Pharmaceutical Company Ltd., Takeda Pharmaceuticals U.S.A., Inc., Takeda Pharmaceuticals America, Inc., and Takeda Ireland Limited (collectively, "Takeda") shall move before the Honorable Stanley R. Chesler at Martin Luther King Building & U.S. Courthouse, 50 Walnut Street Room 4015, Newark, NJ 07101, for entry of an Order for summary judgment declaring that: (1) Claims 4 and 12 of Takeda's U.S. Patent No. 7,807,689 ("the '689 patent") patent are not invalid; (2) making, using, offering to sell, or selling Torrent's Alogliptin Generic Product, described in ANDA No. 21-0159, will infringe Claims 4 and 12 of the '689 patent; (3) making, using, offering to sell, or selling Torrent's Alogliptin-Metformin Generic Product, described in ANDA No. 21-0160, will infringe Claims 4 and 12 of the '689 patent; (4) making, using, offering to sell, or selling Torrent's Alogliptin-Pioglitazone Generic Product, described in ANDA No. 21-0161, will infringe Claims 4 and 12 of the '689 patent; (5) making, using, offering to sell, or selling Indoco's Alogliptin Generic Product, described in ANDA No. 210002, will infringe Claims 4 and 12 of the '689 patent; (6) making, using, offering to sell, or selling Indoco's Alogliptin-Metformin Generic Product, described in ANDA No. 209998, will infringe Claims 4 and 12 of the '689 patent; (7) Torrent's ANDA Nos. 21-0159, 21-0160, and 21-0161 shall not be finally approved by FDA prior to the expiration of the '689 patent on June 27, 2028 (*See* 35 U.S.C. § 271(e)(4)); and (8) Indoco's ANDA Nos. 210002 and 209998 shall not be finally approved by FDA prior to the expiration of the '689 patent on June 27, 2028 (*Id.*).

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Takeda shall rely upon its Memorandum of Law in Support of Its Motion for Summary Judgment of Infringement and Validity, Takeda's Statement of Undisputed Material Facts in Support of Its Motion for Summary Judgment of Infringement and Validity, The Declaration of Dr. David E. Nichols,

- 2 -

Ph.D. in Support of Summary Judgment on Validity of Claims 4 & 12 of U.S. Patent No. 7,807,689, and the Certification of Christopher J. Harnett and Exhibits attached thereto.

**PLEASE TAKE FURTHER NOTICE** that Takeda hereby requests oral argument on this motion.

**PLEASE TAKE FURTHER NOTICE** a proposed form of order is submitted herewith.

- 3 -

Dated: September 10, 2019

Christopher J. Harnett (*pro hac vice*)
JONES DAY
250 Vesey Street
New York, NY 10281
(212) 326-3777

Jason G. Winchester (*pro hac vice*)
JONES DAY
77 W. Wacker Dr.
Chicago, IL 60601
(312) 269-4373
jgwinchester@jonesday.com

By: s/ William C. Baton
Charles M. Lizza
William C. Baton
David L. Moses
SAUL EWING ARNSTEIN & LEHR LLP
One Riverfront Plaza
Newark, New Jersey 07102-5426
(973) 286-6700
clizza@saul.com
wbaton@saul.com
dmoses@saul.com

*Attorneys for Plaintiffs*
*Takeda Pharmaceutical Company Ltd.,*
*Takeda Pharmaceuticals U.S.A., Inc.,*
*Takeda Pharmaceuticals America, Inc.,*
*and Takeda Ireland Limited*