UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK

Judge Chesler
Court Reporter Walter Perrilli
11/4/19

**Title of Case**

TAKEDA PHARMACEUTICAL COMPANY LTD., TAKEDA PHARMACEUTICALS U.S.A., INC., TAKEDA PHARMACEUTICALS AMERICA, INC., and TAKEDA IRELAND LIMITED-Plaintiffs/Counterclaim Defendants
v.
TORRENT PHARMACEUTICALS LIMITED and TORRENT PHARMA INC.,-Defendants/Counterclaim-Plaintiffs

**Docket No.** 17-3186

TAKEDA PHARMACEUTICAL COMPANY LTD., TAKEDA PHARMACEUTICALSL U.S.A., INC., TAKEDA PHARMACEUTICALS AMERICA, INC., and TAKEDA IRELAND LIMITED-Plaintiffs/Counterclaim-Defendants,
v.
INDOCO REMEDIES, LTD.,- Defendant/Counterclaim-Plaintiff

**Docket No.** 17-7301

**Appearances:**

Bill Baton, Esq., Chris Harnett, Esq., Jason Winchester, Esq., Lisamarie LoGiudice, Esq., Takeda Pharmaceutical Co., et al
Keeto Sabharwal, Esq., Sophie Wei, Esq., William Mentlik, Esq., Tedd Van Buskirk, Esq., for Torrent, et al.,
Jamaica Szeliga, Esq., Scott Lindvall, Esq., Dean Fanelli, Esq., Robert Terzoli, Esq., Sean Brennecke, Esq., for Indoco, et al

**Nature of Proceedings**-

Case called.   Trial without jury moved at 9:30 a.m. before Judge Stanley R. Chesler
No Openings
Dr. David Rotella-Sworn for defendants -EXPERT
Recess from 12:00-12:30
Dr. David Rotella-Resumed for defendant Torrent
Dr. Dana V. Ferraris-Sworn for defendant Indoco-EXPERT
Ordered trial without jury adjourned at 3:00 p.m. until Tuesday, November 5, 2019, at 9:30 a.m.

9:30 a.m.-12:00 p.m. 2.30
12:30 p.m. 3:00 p.m. 2.30

s/Theresa C. Trivino, Senior Courtroom Deputy to the Honorable Stanley R. Chesler